ANTHONY SARACENI, an Infant, by SALVATORE SARACENI, His Guardian ad Litem, Appellant, *v.* THE MOUNT VERNON TRUST COMPANY, Respondent.

(Argued March 17, 1936; decided April 15, 1936.)

*Thomas A. McKennell, Max Cohn* and *Jerome B. Evans* for appellant.

*Clarence S. Zipp* and *James B. Henney* for respondent.

Judgment affirmed, with costs no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.